# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2013

147519

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re MOSS, Minors.

SC: 147519
COA: 311610
St Clair CC Family Division:
12-000052-NA

_____/

On order of the Court, the application for leave to appeal the May 9, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2013



Clerk

p0903